## JACKSON v. VIRGINIA HOT SPRINGS CO.

(Circuit Court of Appeals, Fourth Circuit. February 4, 1914.)

No. 1212.

In Error to the District Court of the United States for the Western District of Virginia, at Lynchburg; Henry C. McDowell, Judge.

Action at law by Ida G. Jackson against the Virginia Hot Springs Company. Judgment for defendant, and plaintiff brings error. Reversed.

J. T. Coleman, of Lynchburg, Va. (Coleman, Easley & Coleman, of Lynchburg, Va., on the brief), for plaintiff in error.

George E. Caskie, of Lynchburg, Va. (Caskie & Caskie, of Lynchburg, Va., John W. Stephenson, of Warm Springs, Va., and J. T. McAllister, of Hot Springs, Va., on the brief), for defendant in error.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PRITCHARD, Circuit Judge. The questions raised by assignments of error in this case were disposed of at this term in the case of W. W. Jackson v. Virginia Hot Springs Co., 213 Fed. 969, 130 C. C. A. 375.

For the reasons therein stated, the judgment of the lower court is reversed, and the cause remanded, with instructions for further proceedings in accordance with the views therein expressed.

Reversed.